IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-308-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ALLOWING STAY** |
| | ) | **OF CIVIL FORFEITURE** |
| $262,596.00 IN U. S. CURRENCY, | ) | **PROCEEDINGS** |
| | ) | |
| Defendant. | ) | |

For good cause being shown upon the motion of the United States of America, and with the consent of the claimant, it is hereby

ORDERED that these civil forfeiture proceedings shall be stayed up to and including November 12, 2012.

SO ORDERED this  22  day of      May        , 2012.

_____
LOUISE W. FLANAGAN
United States District Judge